UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDREA C. SMITH,<br>　　*Plaintiff,*<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action H-14-1497 |

## BRIEFING SCHEDULE

Plaintiff Andrea C. Smith is ordered to file a motion for summary judgment by December 5, 2014. Defendant's motion for summary judgment and response to plaintiff's motion is due by January 5, 2015. Plaintiff may file a reply brief by January 20, 2015.

Signed at Houston, Texas on October 7, 2014.

_____
Stephen Wm Smith
United States Magistrate Judge