UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY | § § § | |
| *Plaintiff/Counter-Defendant* | § § | |
| v. | § § | Civil Action No.: 4:14-cv-1842 |
| GENE BY GENE, LTD. | § § | |
| *Defendant/Counter-Plaintiff.* | § § | |

## <u>AMENDED RULE 16 SCHEDULING ORDER</u>

The following schedule shall be followed. All communications concerning the case shall be directed in writing to Ellen Alexander, Case Manager for United States District Judge David Hittner, P.O. Box 61010, Houston, TX 77208.

1. September 1, 2015     DISCOVERY shall be completed by this date.

2. October 1, 2015     MOTION CUT-OFF. No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown. See LR 7.

3. January 11, 2016     The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions

in limine shall be submitted with the pretrial order. Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

4. January/February 2016    TRIAL TERM.  Cases will be set for trial at a docket call, conducted prior to the trial term or by order of the Court.  Your position on the docket will be announced at that time.

Non-Jury ETT:      2 days

All documents filed must be 14 point font, double spaced with not less than one inch margins.

SIGNED on _____June 2_____, 2015.

The Honorable David Hittner

APPROVED AS TO FORM:


By: */s/ Marc J. Wojciechowski*
     Marc J. Wojciechowski
     State Bar No. 21844600
     marc@wojolaw.com
     Chris Paugh
     State Bar No. 24041664
     chris@wojolaw.com
17447 Kuykendahl Road, Suite 200
Spring, Texas 77379
Telephone:  (281) 999-7774
Facsimile:  (281) 999-1955

**ATTORNEYS FOR PLAINTIFF,**
**EVANSTON INSURANCE COMPANY**


By: */s/ Jeff Golub*
     Jeff Golub
     State Bar No. 00793823
     S.D. Tex. No. 21606
     jgolub@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas  77010
Telephone:  (713) 951-3700
Facsimile:  (713) 951-3720

**ATTORNEY FOR DEFENDANT,**
**GENE BY GENE, LTD.**