UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY | § § § § § § § § § § § § | |
| *Plaintiff/Counter-Defendant* | | |
| v. | | Civil Action No.: 4:14-cv-1842 |
| GENE BY GENE, LTD. | | |
| *Defendant/Counter-Plaintiff.* | | |

## **DEFENDANT GENE BY GENE LTD.'S**
## **MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Gene by Gene, Ltd. ("Gene by Gene") hereby moves the Court to grant summary judgment in its favor on all claims asserted by Plaintiff Evanston Insurance Company ("Evanston") and counterclaims asserted by Gene by Gene. The bases for the Motion are set forth in the accompanying Memorandum in Support, and exhibits thereto.

Gene by Gene's insurer, Evanston, has wrongfully denied Gene by Gene coverage for claims asserted against Gene by Gene in an underlying lawsuit pending in Alaska. Gene by Gene is entitled to the coverage pursuant to four insurance policies issued by Evanston to Gene by Gene. But Evanston has refused

1

to defend Gene by Gene based upon a "catch-all" provision contained in an exclusion in the policies. Both Parties have filed claims seeking declaratory judgment from this Court on the coverage issues.

As outlined in the accompanying Memorandum In Support, Evanston's interpretation of the exclusion's catch-all provision is overly broad and is inconsistent with well-established judicial canons of contract construction. Moreover, Evanston's interpretation renders the remainder of the exclusion meaningless surplusage in contravention of Texas law. Conversely, Gene by Gene's construction of the exclusion is the only reasonable one, and is supported by Texas law governing policy interpretation, and the Texas Department of Insurance's approval of the policy language at issue here. The allegations in the underlying lawsuit plainly fall within the "personal injury and advertising injury liability" provisions of the policies, and the exclusion does not apply.

Therefore, Gene by Gene is entitled to summary judgment on the Parties' requests for declaratory judgment and on Gene by Gene's additional claims for breach of contract and violation of Chapter 542 of the Texas Insurance Code. Gene by Gene respectfully requests that the Court grant Gene by Gene summary judgment as follows:

(a) issue a declaration that the claim in the Underlying Lawsuit is covered and that Evanston is required to defend Gene by Gene in the Underlying Lawsuit,

(b) issue a declaration that Evanston is obligated to indemnify Gene by Gene for any amounts Gene by Gene is obligated to pay as a result of the Underlying Lawsuit;

(c) grant summary judgment in Gene by Gene's favor on its claims for breach of contract and violation of Chapter 542 of the Texas Insurance Code,[1] and award to Gene by Gene attorney's fees, costs, and such other relief as the Court finds appropriate.

WHEREFORE, Defendant respectfully requests that this Court grant summary judgment in its favor and against Plaintiff on all claims.

---

[1] Gene by Gene has incurred significant attorney's fees and damages as a result of Evanston's breach of contract and Chapter 542 violation. Accordingly, Evanston reserves its rights to submit to the Court at a later date evidence for a factual determination as to the amount of damages, attorney's fees, and prejudgment interest to which it is entitled. *See Trammell Crow Residential Co. v. Va. Sur. Co., Inc.*, 643 F. Supp. 2d 844, 859-60 (N.D. Tex. 2008) (noting that "there can be a determination of liability [under Chapter 542] without a calculation of damages," and approving the insured's reservation of its right to seek a factual determination of damages).

Dated: August 28, 2015 　　　　　　　　Respectfully submitted,

By: */s/ Jeff Golub*
　　　Jeff M. Golub
　　　State Bar No. 00793823
　　　S.D. Tex. No. 21606
1221 McKinney, Suite 4500
Houston, Texas 77010
Phone: (713) 951-3700
Fax: (713) 951-3720
E-mail: jgolub@beckredden.com

**ATTORNEY IN CHARGE FOR DEFENDANT GENE BY GENE, LTD.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on the following counsel of record by email and was filed electronically on August 28, 2015, in compliance with Local Rule 5.

   Marc J. Wojciechowski
   State Bar No. 21844600
   marc@wojolaw.com
   Chris Paugh
   State Bar No. 24041664
   chris@wojolaw.com
17447 Kuykendahl Road, Suite 200
Spring, Texas 77379
Telephone: (281) 999-7774
Facsimile: (281) 999-1955

                                                /s/ *Jeff Golub*
                                                Jeff M. Golub
                                                1221 McKinney, Suite 4500
                                                Houston, Texas 77010
                                                Phone: (713) 951-3700
                                                Fax: (713) 951-3720
                                                E-mail: jgolub@beckredden.com