United States District Court
Southern District of Texas
**ENTERED**
December 14, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Evanston Insurance Company, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION: 4:14-1842 |
| | § | |
| Gene by Gene, Ltd., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Parties are hereby advised that the above referenced case is set for a Pretrial Conference on January 7, 2016 at **2:30 p.m.**, Courtroom 8-A, 515 Rusk, Houston, TX.

Signed this ___11___ day of December, 2015.

David Hittner
United States District Judge